UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BRIAN WASHINGTON**                                            **CIVIL ACTION**

**VERSUS**                                                                    **NO. 25-2073**

**ANDREA ALBERT, ET AL.**                                    **SECTION "I"(4)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Brian Washington's 42 U.S.C. § 1983 civil rights complaint be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. Proc. 41(b).

New Orleans, Louisiana, this 12th day of January, 2026.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**